```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A05-0254--CV (JWS)
                "MATILDA HARDY ET AL V USA"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/31/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice
                    MEDICAL MALPRACTICE
            Origin: (1) Original Proceeding
            Demand: 100
        Filing fee: Paid $250.00 on 10/31/05 receipt # 00126910
          Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | HARDY, MATILDA | Sean E. Brown<br>Angstman Law Office<br>POB 585<br>Bethel, AK 99559<br>907-343-2972 |
| PLF 2.1 | HARDY, BRICE | Sean E. Brown<br>(see above) |
| DEF 1.1 | UNITED STATES OF AMERICA | No counsel found for this party! |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A05-0254--CV (JWS)
                          "MATILDA HARDY ET AL V USA"

                              For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 10/31/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice
                    MEDICAL MALPRACTICE
            Origin: (1) Original Proceeding
            Demand: 100
        Filing fee: Paid $250.00 on 10/31/05 receipt # 00126910
          Trial by:


Document #   Filed       Docket text

    1 -  1   10/31/05    Complaint filed; Summons issued.
```