UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MATILDA HARDY, on behalf of her minor child, BRICE HARDY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case A05-254CV ) No.  (JWS) ) |
| UNITED STATES OF AMERICA, | ) PROPOSED ORDER ON ) MOTION FOR WITHDRAWAL ) AND SUBSTITUTION OF COUNSEL ) ) |
| Defendant. | ) ) |

    IT IS HEREBY ORDERED that Sean Brown is allowed to withdraw as counsel for Plaintiff in the above entitled case and,

    IT IS FURTHER ORDERED that Myron Angstman of Angstman Law Office is substituted as counsel for Plaintiff.

DATED: _____     _____
                                                   MAGISTRATE/JUDGE