UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MATILDA HARDY, on behalf of her minor child, BRICE HARDY,　　　)<br>　　　)<br>　　Plaintiff,　　　)<br>　　　)<br>　vs.　　　)<br>　　　)<br>UNITED STATES OF AMERICA,　　　)<br>　　　)<br>　　　)<br>　　　)<br>　　Defendant.　　　)<br>_____) | Case A05-254CV JWS<br><br>ORDER ON<br>MOTION FOR WITHDRAWAL<br>AND SUBSTITUTION OF COUNSEL |

　　IT IS HEREBY ORDERED that Sean Brown is allowed to withdraw as counsel for Plaintiff in the above entitled case and,

　　IT IS FURTHER ORDERED that Myron Angstman of Angstman Law Office is substituted as counsel for Plaintiff.

　　DATED: 2/6/2006　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE