UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  MATILDA HARDY, et al   v.   UNITED STATES OF AMERICA

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                              CASE NO.  3:05-cv-00254-JWS

 Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: August 1, 2006

      Plaintiffs were warned that if they did not make timely service of process, this case would be dismissed.  Despite the warning plaintiffs have failed to serve defendant.  This case is hereby **DISMISSED** without prejudice for failure to make timely service pursuant to Fed.R.Civ.P.4(m).

[ ]{IA.WPD*Rev.12/96}